B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Suketu Thakor Patel,**
      **Mital Suketu Patel**

Case No. _____**14-11869**_____

                                     Debtors

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 100,000.00 | | |
| B - Personal Property | Yes | 5 | 136,204.18 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 554,884.13 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 17,978,211.15 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 3,744.62 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,685.20 |
| Total Number of Sheets of ALL Schedules | | 37 | | | |
| Total Assets | | | 236,204.18 | | |
| Total Liabilities | | | | 18,533,095.28 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Suketu Thakor Patel,**
        **Mital Suketu Patel**

Case No.    **14-11869**

Debtors

Chapter     **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Suketu Thakor Patel,**                                    Case No.    __14-11869__
       **Mital Suketu Patel**

_____,
                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **616 Clearwater Park Road Unit 1012 West Palm Beach, FL 33401** | **Fee Simple** | **W** | **100,000.00** | **411,153.13** |

|  | Sub-Total > | **100,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **100,000.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Suketu Thakor Patel,**                                    Case No.  __14-11869__
         **Mital Suketu Patel**
                                                    ,
                          Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo** <br> **Checking Account No. XXXX5125** | H | 652.91 |
| | | **Wells Fargo** <br> **Checking Account No. XXXX1148** | W | 256.65 |
| | | **Pentagon Federal Credit Union** <br> **Checking Account No. XXXX3013** | H | 5.00 |
| | | **Pentagon Federal Credit Union** <br> **Checking Account No. XXXX** | W | 5.00 |
| | | **Alliant Credit Union** <br> **Checking/Savings Account No. XXXX3589** | W | 5.00 |
| | | **The Suketu Patel Revocable Trust, Suketu Patel, Trustee, U/A dated 4/3/2003** <br> **Trust Account No. XXXX2635** | H | 10.10 |
| | | **Wells Fargo** <br> **Checking Account No. XXXX5138** | W | 811.92 |
| | | **Wells Fargo** <br> **Savings Account No. XXXX6481** | W | 39.00 |
| | | **Scottrade** <br> **Brokerage Account No. XXXX7678** | H | 300.00 |
| | | **Syndicated Capital, Inc.** <br> **Brokerage Account No. XXXX3451** | H | 9.60 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |

Sub-Total >        **2,095.18**
(Total of this page)

__4__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Suketu Thakor Patel,**
**Mital Suketu Patel**

Case No.    **14-11869**

Debtors ,

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | 3 bedroom sets, 3 night stands, 3 mirrors, 1 dinning room set, 1 dvd player, 1 receiver, 2 speakers, 1 large sofa, 2 lamps, 1 patio furniture set, 2 grills, 6 recliner chairs, 1 book set | J | 3,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Clothings | J | 0.00 |
| 7.  Furs and jewelry. | | 4 watches, 2 wedding rings, 4 rings, 2 bracelet, 2 hand bags, 2 necklaces, and 1 class ring | J | 1,600.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | 1 Cannon camera, 1 Sony camera and 1 golf club set | J | 500.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Northern Mutual Life Insurance (term life) Policy No. XXXX9196 | H | 0.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | E*Trade Securities, LLC | H | 0.00 |
| | | The Pension Company 401k | W | 8,409.00 |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | Elite Hotels, LLC (hotel managment) | H | 0.00 |
| | | Toto Hospitality, LLC (hotel management) | H | 0.00 |
| | | Central Florida Hotel, LLC (registered agent only) | H | 0.00 |
| | | Image Hospitality, LLC (hotel management) | H | 0.00 |
| | | Brentwood Savannah, LLC (hotel) | J | 0.00 |
| | | Brentwood Hospitality (hotel management) | H | 0.00 |

Sub-Total >      **13,509.00**
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Suketu Thakor Patel,**                                               Case No.  **14-11869**
       **Mital Suketu Patel**
_____,
                                Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Brentwood Okeechobee, LLC (hotel) | H | 0.00 |
| | | Furniture Forum, Inc. (furniture sale) | H | 0.00 |
| | | Ganash Hospitality, LLC (hotel) | H | 0.00 |
| | | Millennium Management, LLC (hotel management) | J | 0.00 |
| | | WPB Petroleum, LLC (gas station) | H | 0.00 |
| | | KASM Investments, LLC (investment management) | J | 0.00 |
| | | KASM Family Investments, LLC (investment management) | J | 0.00 |
| | | HyOcc Hotels, LLC (hotel management) | H | 0.00 |
| | | Ocean Investments & Development, LLC (debt settlement) | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | The Suketu Patel Revocable Trust, Suketu Patel, Trustee, U/A dated 4/3/2003 | H | 0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                          Sub-Total >            **0.00**
                                                        (Total of this page)

Sheet  **2**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Suketu Thakor Patel,**
        **Mital Suketu Patel**

Case No. ___**14-11869**___

_____ ,
Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2013 Ford F-150 (payment made by South Florida Lodging, LLC) 10,000 miles** | **H** | **40,000.00** |
| | | **2012 Audi A7 25,000 miles** | **W** | **48,000.00** |
| | | **2012 Mercedes Benz C250 (joint debtor's brother pay for vehicle) 30,000 mile** | **W** | **20,000.00** |
| | | **2013 BMW 320i (lease for daughter)** | **H** | **12,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **1 Macbook Pro, 1 Xerox scanner, 1 desktop computer, 1 desk and 1 chair** | **J** | **600.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **2 family dogs** | **J** | **0.00** |

Sub-Total >     **120,600.00**
(Total of this page)

Sheet __**3**__ of __**4**__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Suketu Thakor Patel,**                                    Case No.   **14-11869**
        **Mital Suketu Patel**

_____,
                              Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet   **4**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

Total >        **136,204.18**

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re    **Suketu Thakor Patel,**                                                    Case No.    __14-11869__
         **Mital Suketu Patel**
                                                                        ,
                                         Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                      *with respect to cases commenced on or after the date of adjustment.)*
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Wells Fargo** **Checking Account No. XXXX5125** | Fla. Const. art. X, § 4(a)(2) | 652.91 | 652.91 |
| **Wells Fargo** **Checking Account No. XXXX1148** | Fla. Const. art. X, § 4(a)(2) | 256.65 | 256.65 |
| **Pentagon Federal Credit Union** **Checking Account No. XXXX3013** | Fla. Const. art. X, § 4(a)(2) | 5.00 | 5.00 |
| **Pentagon Federal Credit Union** **Checking Account No. XXXX** | Fla. Const. art. X, § 4(a)(2) | 5.00 | 5.00 |
| **Alliant Credit Union** **Checking/Savings Account No. XXXX3589** | Fla. Const. art. X, § 4(a)(2) | 5.00 | 5.00 |
| **The Suketu Patel Revocable Trust, Suketu** **Patel, Trustee, U/A dated 4/3/2003** **Trust Account No. XXXX2635** | Fla. Const. art. X, § 4(a)(2) | 10.10 | 10.10 |
| **Wells Fargo** **Checking Account No. XXXX5138** | Fla. Const. art. X, § 4(a)(2) | 811.92 | 811.92 |
| **Wells Fargo** **Savings Account No. XXXX6481** | Fla. Const. art. X, § 4(a)(2) | 39.00 | 39.00 |
| **Scottrade** **Brokerage Account No. XXXX7678** | Fla. Const. art. X, § 4(a)(2) Fla. Stat. Ann. § 222.25(4) | 214.42 85.58 | 300.00 |
| **Syndicated Capital, Inc.** **Brokerage Account No. XXXX3451** | Fla. Stat. Ann. § 222.25(4) | 9.60 | 9.60 |
| **Household Goods and Furnishings** **3 bedroom sets, 3 night stands, 3 mirrors, 1** **dinning room set, 1 dvd player, 1 receiver, 2** **speakers, 1 large sofa, 2 lamps, 1 patio furniture** **set, 2 grills, 6 recliner chairs, 1 book set** | Fla. Stat. Ann. § 222.25(4) | 3,000.00 | 3,000.00 |
| **Furs and Jewelry** **4 watches, 2 wedding rings, 4 rings, 2 bracelet,** **2 hand bags, 2 necklaces, and 1 class ring** | Fla. Stat. Ann. § 222.25(4) | 1,600.00 | 1,600.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** **1 Cannon camera, 1 Sony camera and 1 golf** **club set** | Fla. Stat. Ann. § 222.25(4) | 500.00 | 500.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** **The Pension Company 401k** | Fla. Stat. Ann. § 222.21(2) | 8,409.00 | 8,409.00 |

__1__   continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re   **Suketu Thakor Patel,**                              Case No.     **14-11869**
            **Mital Suketu Patel**

                                     Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Office Equipment, Furnishings and Supplies** <br>**1 Macbook Pro, 1 Xerox scanner, 1 desktop computer, 1 desk and 1 chair** | **Fla. Stat. Ann. § 222.25(4)** | **600.00** | **600.00** |

                                            Total:        **16,204.18**         **16,204.18**

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Suketu Thakor Patel,**
      **Mital Suketu Patel,**

Case No. ___**14-11869**___

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bank of America**<br>**401 E. Las Olas Blvd.**<br>**Fort Lauderdale, FL 33301** | | W | **1st Mortgage**<br><br>**616 Clearwater Park Road**<br>**Unit 1012**<br>**West Palm Beach, FL 33401**<br><br>Value $      **100,000.00** | | | | **411,153.13** | **311,153.13** |
| Account No. **xxxxxx3315**<br><br>**BMW Financial Services**<br>**5515 Parkcenter Circle**<br>**Dublin, OH 43017** | | H | **Opened 5/30/13 Last Active 11/01/13**<br><br>**Automobile Lease**<br><br>**2013 BMW 320i (lease for daughter)**<br><br>Value $      **12,000.00** | | | | **12,241.00** | **241.00** |
| Account No.<br><br>**Montecito Palm Beach Condominium Associations, Inc.**<br>**c/o Michael Gelfand, Esq.**<br>**1555 Palm Beach Lakes Blvd., Suite 1220**<br>**West Palm Beach, FL 33401** | | W | **HOA Fees**<br><br>**616 Clearwater Park Road**<br>**Unit 1012**<br>**West Palm Beach, FL 33401**<br><br>Value $      **100,000.00** | | | | **Unknown** | **Unknown** |
| Account No. **xxxxxx2800**<br><br>**Pentagon Federal Credit Union**<br>**PO Box 1432**<br>**Alexandria, VA 22313** | | H | **Opened 9/26/13 Last Active 11/04/13**<br><br>**Automobile Loan**<br><br>**2013 Ford F-150 (payment made by South Florida Lodging, LLC)**<br>**10,000 miles**<br><br>Value $      **40,000.00** | | | | **43,458.00** | **3,458.00** |

   **1**    continuation sheets attached

Subtotal
(Total of this page)

| **466,852.13** | **314,852.13** |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re  **Suketu Thakor Patel,**                    Case No. ___**14-11869**_____
      **Mital Suketu Patel**
_____,
                Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx4953** <br><br> **VW Credit, Inc** <br> **1401 Franklin Blvd.** <br> **Libertyville, IL 60048** | | W | Opened 12/08/12  Last Active 10/01/13 <br><br> **Automobile Loan** <br><br> **2012 Audi A7** <br> **25,000 miles** <br><br> Value $          **48,000.00** | | | | **61,415.00** | **13,415.00** |
| Account No. **xxxxxxx5282** <br><br> **Wells Fargo Bank** <br> **PO Box 1697** <br> **Winterville, NC 28590** | | W | Opened 12/10/12  Last Active 11/04/13 <br><br> **Automobile Loan** <br><br> **2012 Mercedes Benz C250 (joint debtor's brother pay for vehicle)** <br> **30,000 mile** <br> Value $          **20,000.00** | | | | **26,617.00** | **6,617.00** |
| Account No. | | | <br><br><br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br><br><br> Value $ | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **88,032.00** | **20,032.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **554,884.13** | **334,884.13** |

B6E (Official Form 6E) (4/13)

In re   **Suketu Thakor Patel,**                                         Case No.    __**14-11869**__
       **Mital Suketu Patel**

                                   Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                         __1____    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re     **Suketu Thakor Patel,**
          **Mital Suketu Patel,**

Case No. _____**14-11869**_____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2003-2005 Sales Tax | | | | | | |
| **Florida Department of Revenue** **550 West Tennessee Street** **Tallahassee, FL 32399** | X | H | | | | X | | **Unknown** | |
| | | | | | | | **Unknown** | | **0.00** |
| Account No. | | | 2004-2011 Sales Tax | | | | | | |
| **Florida Department of Revenue** **550 West Tennessee Street** **Tallahassee, FL 32399** | X | H | | | | X | | **Unknown** | |
| | | | | | | | **Unknown** | | **0.00** |
| Account No. | | | 2009-2010 Sales Tax | | | | | | |
| **Georgia Department of Revenue** **Savannah Regional Office** **6606 Abercorn Street, Suite 220** **Savannah, GA 31401** | X | H | | | | | | **Unknown** | |
| | | | | | | | **Unknown** | | **0.00** |
| Account No. | | | Notice Purpose | | | | | | |
| **Internal Revenue Service** **PO Box 7317** **Philadelphia, PA 19101** | | J | | | | | | **0.00** | |
| | | | | | | | **0.00** | | **0.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | | |
|---|---|---|---|
| Subtotal (Total of this page) | | **0.00** | |
| | **0.00** | | **0.00** |
| Total (Report on Summary of Schedules) | | **0.00** | |
| | **0.00** | | **0.00** |

B6F (Official Form 6F) (12/07)

In re  **Suketu Thakor Patel,**                                          Case No.  __14-11869__
        **Mital Suketu Patel,**

                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **-xxxxxxxxxxxx1343**<br><br>**American Express**<br>**PO Box 297871**<br>**Fort Lauderdale, FL 33329** | | W | | | Opened  5/21/13  Last Active 11/01/13<br>**Credit Card** | | | | **Unknown** |
| Account No. **-xxxxxxxxxxxx1853**<br><br>**American Express**<br>**PO Box 297871**<br>**Fort Lauderdale, FL 33329** | | W | | | Opened  9/24/13  Last Active 11/01/13<br>**Credit Card** | | | | **Unknown** |
| Account No. **-xxxxxxxxxxxx1833**<br><br>**American Express**<br>**PO Box 297871**<br>**Fort Lauderdale, FL 33329** | | W | | | Opened 11/01/12  Last Active 10/01/13<br>**Credit Card** | | | | **405.00** |
| Account No. **8433**<br><br>**American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998** | | H | | | **Credit Card** | | | | **2,914.00** |

__15__  continuation sheets attached

Subtotal
(Total of this page)                                                                                                            **3,319.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    S/N:39521-140121    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Suketu Thakor Patel,**  Case No. _____**14-11869**_____
     **Mital Suketu Patel**
_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Credit Card | | | | |
| **American Express** **PO Box 981535** **El Paso, TX 79998** | | H | | | | | 939.00 |
| Account No. **x2061** | | | Cellular Services | | | | |
| **AT&T** **c/o EOS** **700 Longwater Drive** | | H | | | | | 2,231.00 |
| Account No. **1551** | | | Credit Card | | | | |
| **Bank of America** **PO Box 17054** **Wilmington, DE 19850** | | H | | | | | 26,883.00 |
| Account No. **2792** | | | Credit Card | | | | |
| **Bank of America** **PO Box 15796** **Wilmington, DE 19886** | | H | | | | | 6,676.00 |
| Account No. | | | Credit Card | | | | |
| **Bank of America** **PO Box 26078** **Greensboro, NC 27420** | | W | | | | | 0.00 |

Sheet no. __1__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **36,729.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Suketu Thakor Patel,**        Case No. ___**14-11869**___
         **Mital Suketu Patel**

_____ ,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx7348<br><br>Barclays Bank Delaware<br>125 S West Street<br>Wilmington, DE 19801 | | H | Opened  9/20/13  Last Active 10/01/13<br>Credit Card | | | | 1,800.00 |
| Account No. 8986<br><br>Best Buy<br>PO Box 981064<br>El Paso, TX 79998 | | H | Credit Card | | | | 2,600.00 |
| Account No. xxxxxxxxxxxx2629<br><br>BMW Bank Of North America<br>2735 E Parleys Ways<br>Suite 301<br>Salt Lake City, UT 84109 | | H | Opened  7/08/13  Last Active 11/10/13<br>Credit Card | | | | 7,579.00 |
| Account No. xxxxxxxxxxxx5380<br><br>Capital One<br>PO Box 85520<br>Richmond, VA 23285 | | H | Opened  8/06/13  Last Active 11/09/13<br>Credit Card | | | | 2,996.00 |
| Account No. 5077<br><br>Chase<br>PO Box 15298<br>Wilmington, DE 19850 | | H | Credit Card | | | | 26,791.00 |

| | |
|---|---|
| Sheet no. __2___ of __15___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) **41,766.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re **Suketu Thakor Patel,**
**Mital Suketu Patel**

Case No. ___**14-11869**___

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Kevin Jackson, PA 888 S. Andrews Avenue Suite 205 Fort Lauderdale, FL 33316 | | | | Representing: Chase | | | | Notice Only |
| Account No. xxxxxxxxxxxx3965 | | | | Opened 10/01/97  Last Active  8/05/08 Credit Card | | | | |
| Citi PO Box 6241 Sioux Falls, SD 57117 | | H | | | | | | 10,622.00 |
| Account No. | | | | | | | | |
| Patrick A. Carey, P.A. c/o Patrick A. Carey, Esq. 10967 Lake Underhill Road Unit 125 Orlando, FL 32825 | | | | Representing: Citi | | | | Notice Only |
| Account No. xxxxxxxxxxxx5248 | | | | Opened 10/01/10  Last Active 10/29/13 Credit Card | | | | |
| Citi PO Box 6241 Sioux Falls, SD 57117 | X | J | | | | | | 5,001.00 |
| Account No. | | | | | | | | |
| Midland Credit Management, Inc. 8875 Aero Drive Suite 200 San Diego, CA 92123 | | | | Representing: Citi | | | | Notice Only |

Sheet no. __3__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,623.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Suketu Thakor Patel,**
    **Mital Suketu Patel**

Case No. ___**14-11869**___

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **2108**<br><br>**Citi**<br>**PO Box 6241**<br>**Sioux Falls, SD 57117** | | H | | **Credit Card** | | | | **1,491.00** |
| Account No. **xxxxxxxxxxxx7100**<br><br>**Comcast**<br>**c/o Credit Protections Associates**<br>**1401 North Point Parkway**<br>**West Palm Beach, FL 33407** | | W | | **Cable Service** | | | | **286.11** |
| Account No. **xxxxxxxxxxxx4829**<br><br>**Comenity El Dorado Furniture**<br>**3100 Easton Square Place**<br>**Columbus, OH 43219** | | W | | **Opened 10/19/13  Last Active 11/01/13 Charge Account** | | | | **7,302.00** |
| Account No.<br><br>**Community South Bank**<br>**c/o Value Recovert Group, LLC**<br>**Abby Schackelford, Esq.**<br>**919 Old Henderson Road**<br>**Columbus, OH 43220** | X | H | | **Personal Guaranty on Business Debt** | | | | **4,000,000.00** |
| Account No.<br><br>**Liebler, Gonzalez & Portuondo, P.A.**<br>**c/o Dora F. Kaufman, Esq.**<br>**44 West Flagler Street, 24th Floor**<br>**Miami, FL 33130** | | | | **Representing:**<br>**Community South Bank** | | | | **Notice Only** |

Sheet no. __**4**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,009,079.11**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Suketu Thakor Patel,**                                    Case No. _____**14-11869**_____
**Mital Suketu Patel**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Weiner, Shearouse, Weitz, Greenberg c/o Stephen F. Greeberg, Esq. 14 East State Street Savannah, GA 31401 | | | Representing: Community South Bank | | | | Notice Only |
| Account No. | | | Personal Guaranty on Business Debt | | | | |
| Community South Bank c/o Value Recovery Group, LP Abby Schackelford, Esq. 919 Old Henderson Road Columbus, OH 43220 | X | J | | | | | 2,231,500.00 |
| Account No. | | | | | | | |
| Liebler, Gonzalez & Portuondo, P.A. c/o Dora F. Kaufman, Esq. 44 West Flagler Street, 24th Floor Miami, FL 33130 | | | Representing: Community South Bank | | | | Notice Only |
| Account No. | | | | | | | |
| Weiner, Shearouse, Weitz, Greenberg c/o Stephen F. Greeberg, Esq. 14 East State Street Savannah, GA 31401 | | | Representing: Community South Bank | | | | Notice Only |
| Account No. **1568** | | | Credit Card | | | | |
| Dell Financial Services 1 Dell Way Round Rock, TX 78682 | | J | | | | | 7,853.00 |

Sheet no. __5___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,239,353.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Suketu Thakor Patel,**
     **Mital Suketu Patel**

                                  Debtors

Case No.    **14-11869**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1390**<br><br>**Discover Financial Services**<br>**PO Box 15316**<br>**Wilmington, DE 19850** | | H | **Credit Card** | | | | **15,359.00** |
| Account No. **xxxxxxxxxxx9983**<br><br>**Ebay**<br>**50 Northwest Point Road**<br>**Elk Grove Village, IL 60007** | | W | **Opened  8/10/13  Last Active 11/01/13**<br>**Charge Account** | | | | **1,876.00** |
| Account No. **xxxxxxxxxxx7724**<br><br>**Edfinancial Services, LLC**<br>**120 N Seven Oaks Drive**<br>**Knoxville, TN 37922** | | W | **Opened  2/04/09  Last Active 11/01/13**<br>**Student Loan** | | | | **5,139.00** |
| Account No. **xxxxxxxxxxx7624**<br><br>**Edfinancial Services, LLC**<br>**120 N Seven Oaks Drive**<br>**Knoxville, TN 37922** | | W | **Opened  2/04/09  Last Active 11/01/13**<br>**Student Loan** | | | | **2,803.00** |
| Account No. **1185**<br><br>**First Federal Credit Control, Inc.**<br>**24700 Chargin Blvd.**<br>**Suite 205**<br>**Beachwood, OH 44122** | | J | **Credit Card** | | | | **2,512.00** |

Sheet no. __**6**___ of __**15**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**27,689.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Suketu Thakor Patel,**    Case No. ___**14-11869**___
       **Mital Suketu Patel**

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx8155**<br><br>**First Point Collection Resources, Inc.**<br>**PO Box 26140**<br>**Greensboro, NC 27402** | | | J | **Medical Services** | | | | **160.00** |
| Account No. **4848**<br><br>**First USA Bank, NA**<br>**1001 Jefferson Plaza**<br>**Bear, DE 19701** | | H | | **Credit Union** | | | | **Unknown** |
| Account No. **0531**<br><br>**First USA Bank, NA**<br>**1001 Jefferson Plaza**<br>**Bear, DE 19701** | | | J | **Credit Card** | | | | **Unknown** |
| Account No.<br><br>**Florida Capital Bank**<br>**3115 NW 10th Terrace**<br>**Fort Lauderdale, FL 33309** | X | | J | **Personal Guaranty on Business Debt** | | | | **30,000.00** |
| Account No.<br><br>**Florida Shores Bank**<br>**1801 S. Federal Highway**<br>**Boca Raton, FL 33432** | X | | J | **Personal Guaranty on Business Debt** | | | | **780,000.00** |

Sheet no. __**7**___ of __**15**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **810,160.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Suketu Thakor Patel,**
         **Mital Suketu Patel**

Case No. ___**14-11869**___

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxxxxx2444<br><br>**GE Credit Card**<br>**PO Box 981439**<br>**El Paso, TX 79998** | | H | | **Opened 10/14/13 Last Active 11/18/13**<br>**Charge Account** | | | | 3,354.00 |
| Account No.<br><br>**Iberia Bank**<br>**c/o Richard Storfer, Esq.**<br>**Rice Pugatch Robinson & Schiller, PA**<br>**101 NE 3rd Avenue, Suite 1800**<br>**Fort Lauderdale, FL 33301** | X | J | | **Personal Guanaty on Business Debt** | | | | 1,200,000.00 |
| Account No.<br><br>**Iberia Bank**<br>**c/o Richard Storfer, Esq.**<br>**Rice Pugatch Robinson & Schiller, PA**<br>**101 NE 3rd Avenue, Suite 1800**<br>**Fort Lauderdale, FL 33301** | X | J | | **Personal Guaranty on Business Debt** | | | | 3,800,000.00 |
| Account No. xxxxxxxxxxxx9057<br><br>**ISPC**<br>**1115 Gunn Highway**<br>**Odessa, FL 33556** | | J | | **Opened 10/01/13 Last Active 11/01/13**<br>**Credit Line Solar Panel** | | | | 5,041.00 |
| Account No. xxxxxxxxxxxx6788<br><br>**ISPC**<br>**1115 Gunn Highway**<br>**Odessa, FL 33556** | | J | | **Opened 10/01/13 Last Active 11/01/13**<br>**Credit Line Solar Panel** | | | | 2,895.00 |

Sheet no. __**8**___ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 5,011,290.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Suketu Thakor Patel,**                     Case No. ____**14-11869**_____
        **Mital Suketu Patel**

_____ ,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | | |
| **Account No.** | | | | | 1st Mortgage on property located at, 2208 Widener Terrace Wellington, FL 33414 | | | | |
| JP Morgan Chase Bank<br>c/o Zakkiyyah T. White, Esq.<br>7000 West Palmetto Drive<br>Suite 307<br>Boca Raton, FL 33433 | X | J | | | | | | | 980,000.00 |
| **Account No. xxxx7671** | | | | | Medical Services | | | | |
| LCA<br>PO Box 2240<br>Burlington, NC 27216 | | W | | | | | | | 527.00 |
| **Account No. xxxxx115A** | | | | | Medical Services | | | | |
| Med Express Billing<br>PO Box 7963<br>Belfast, ME 04915 | | J | | | | | | | 50.00 |
| **Account No. xxxxxxxxxxx3651** | | | | | Opened  8/29/13  Last Active 10/01/13<br>Solar Panel | | | | |
| Midland State Bank<br>1797 N East Express NE<br>Atlanta, GA 30329 | | H | | | | | | | 10,050.00 |
| **Account No. xxxx4235** | | | | | Medical Services | | | | |
| NCO Financial System, Inc.<br>5 Penn Center West<br>Suite 100<br>Pittsburgh, PA 15276 | | J | | | | | | | 50.00 |

Sheet no. _**9**___ of _**15**___ sheets attached to Schedule of                 Subtotal
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)        **990,677.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Suketu Thakor Patel,**
        **Mital Suketu Patel**

                                                                    Case No. ___**14-11869**___

                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Olympia Master Association, Inc.** <br>**c/o Gary D. Field, PA** <br>**4400 PGA Blvd., Suite 900** <br>**Palm Beach Gardens, FL 33410** | X | J | **HOA Fees for property located at,** <br>**2208 Widener Terrace** <br>**Wellington, FL 33414** | | | | **Unknown** |
| Account No. <br><br> **Pennisula Bank** <br>**5375 W. Atlantic Blvd.** <br>**Pompano Beach, FL 33063** | X | J | **Personal Guaranty on Business Debt** | | | | **Unknown** |
| Account No. xxxxxxxxxxxx2175 <br><br> **Pentagon Federal Credit Union** <br>**PO Box 1432** <br>**Alexandria, VA 22313** | | H | **Opened 9/17/13 Last Active 12/01/13** <br>**Credit Card** | | | | **11,866.00** |
| Account No. xxxxxxx0002 <br><br> **Pentagon Federal Credit Union** <br>**PO Box 1432** <br>**Alexandria, VA 22313** | | H | **Opened 7/23/13 Last Active 11/01/13** <br>**Credit Card** | | | | **7,308.00** |
| Account No. <br><br> **PNC Bank** <br>**2400 N. Federal Highway** <br>**Boca Raton, FL 33431** | | J | **Second Mortgage** | | | | **183,000.00** |

Sheet no. __**10**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                Subtotal
                                        (Total of this page)

| | |
|---|---|
| | **202,174.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re **Suketu Thakor Patel,**
    **Mital Suketu Patel**

Case No. **14-11869**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **0157**<br><br>**Portfolio Recovery & Affiliate**<br>**120 Corporate Blvd., Suite 1**<br>**Norfolk, VA 23502** | | H | | Credit Card | | | | 3,507.00 |
| Account No. **xxxxxx5319**<br><br>**QVC Studio Park**<br>**PO Box 2254**<br>**West Chester, PA 19380** | | J | | Credit Card | | | | 58.26 |
| Account No.<br><br>**Ramada Worldwide, Inc.**<br>**c/o Clyde & Co., US, LLP**<br>**200 Campus Drive**<br>**Suite 300**<br>**Florham Park, NJ 07932** | X | J | | Personal Guaranty on Business Debt | | | | 200,000.00 |
| Account No.<br><br>**RBS Citizens, N.A.**<br>**c/o Daniel C. Consuegra, Esq.**<br>**9204 King Palm Drive**<br>**Tampa, FL 33619** | | H | | Note on Foreclosed property loacated at, 2208 Widener Terrace Wellington, FL 33412 | | | | 202,342.00 |
| Account No.<br><br>**Ryan D. Gestan, P.A.**<br>**c/o Ryan D. Gestan, Esq.**<br>**6874 Griffin Road**<br>**Fort Lauderdale, FL 33314** | | | | Representing:<br>**RBS Citizens, N.A.** | | | | **Notice Only** |

Sheet no. __11__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**405,907.26**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Suketu Thakor Patel,**
       **Mital Suketu Patel**

Case No. ___**14-11869**___

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| Royal Office Park, Ltd. c/o Law Office of Yates & Schiller, P.A. Bruce H. Schiller, Esq. 7900 Glades Road, Suite 405 Boca Raton, FL 33434 | X | J | | | | | 6,342.00 |
| Account No. | | | EPA Violations | | | | |
| State of Florida Department of Environmental Protection c/o Krystle V. Macadangdang, Esq. 3900 Commonwealth Blvd., MS 35 Tallahassee, FL 32399 | X | H | | | | | 10,000.00 |
| Account No. xxxxx4949 | | | Cellular Service | | | | |
| Sunrise Credit Services PO Box 9100 Farmingdale, NY 11735 | | J | | | | | 360.42 |
| Account No. | | | Repossession of 2007 Range Rover | | | | |
| SunTrust Bank c/o Rubin Debski, PA PO Box 47718 Jacksonville, FL 32247 | | J | | | | | 32,247.00 |
| Account No. | | | Repossession of 2008 Audi Q7 | | | | |
| SunTrust Bank c/o Rubin Debski, PA PO Box 47718 Jacksonville, FL 32247 | | J | | | | | 25,429.41 |

Sheet no. _**12**_ of _**15**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

74,378.83

B6F (Official Form 6F) (12/07) - Cont.

In re  **Suketu Thakor Patel,**
       **Mital Suketu Patel**

Case No. ___**14-11869**___

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx9001**<br><br>**TD Bank, successor by merger to Commerce Bank**<br>**c/o Jones, Foster, Johnston & Stubbs**<br>**505 South Flagler Drive, Suite 1000**<br>**West Palm Beach, FL 33402** | X | H | | **Personal Guaranty on Business Debt** | | | | **51,446.00** |
| Account No. **xxxxxxxxxxxx3567**<br><br>**Thd/Cbna**<br>**PO Box 6497**<br>**Sioux Falls, SD 57117** | | H | | **Opened  7/24/13  Last Active 11/18/13**<br>**Charge Account** | | | | **4,582.00** |
| Account No. **xxxxxxxxxxxxxxxxxx4010**<br><br>**Trans World Systems**<br>**9525 Sweet Valley Drive**<br>**Cleveland, OH 44125** | | H | | **Medical Services** | | | | **110.95** |
| Account No.<br><br>**US Small Business Administration**<br>**100 S. Biscayne Blvd., Suite 105**<br>**Miami, FL 33131** | X | J | | **Personal Guaranty on Business Debt** | | | | **2,000,000.00** |
| Account No.<br><br>**GA Resource**<br>**US Small Business Administration**<br>**2000 First Drive, Suite 200**<br>**Marietta, GA 30062** | | | | **Representing:**<br>**US Small Business Administration** | | | | **Notice Only** |

Sheet no. __**13**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,056,138.95**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Suketu Thakor Patel,**
        **Mital Suketu Patel**

Case No. ___**14-11869**___

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**US Small Business Administration**<br>**100 S. Biscayne Blvd., Suite 105**<br>**Miami, FL 33131** | X | J | **Personal Guaranty on Business Debt** | | | | **2,000,000.00** |
| Account No.<br><br>**GA Resource**<br>**US Small Business Administration**<br>**2000 First Drive, Suite 200**<br>**Marietta, GA 30062** | | | **Representing:**<br>**US Small Business Administration** | | | | **Notice Only** |
| Account No. xxxxxxxxxxxx7401<br><br>**USAA Savings Bank**<br>**PO Box 47504**<br>**San Antonio, TX 78265** | | W | **Opened  5/04/13  Last Active 12/01/13**<br>**Credit Card** | | | | **12,376.00** |
| Account No. **6541**<br><br>**Wells Fargo**<br>**c/o Investment Retrievers**<br>**4511 Golden Foothill Parkway**<br>**El Dorado Hills, CA 95762** | X | J | **Business Debt** | | | | **41,551.00** |
| Account No.<br><br>**William M. Lindeman, PA**<br>**PO Box 3506**<br>**Orlando, FL 32802** | | | **Representing:**<br>**Wells Fargo** | | | | **Notice Only** |

Sheet no. __**14**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,053,927.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Suketu Thakor Patel,**
      **Mital Suketu Patel**

                                                              Case No. _____**14-11869**_____

                                   Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
                            (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Widener Village Homeowners Association, Inc. c/o Robert C. Martin, Esq. 319 SE 14th Street Fort Lauderdale, FL 33316** | X | J | | **HOA Fees for property located at, 2208 Widener Terrace Wellington, FL 33414** | | | | **Unknown** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __**15**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

Total
(Report on Summary of Schedules)        **17,978,211.15**

B6G (Official Form 6G) (12/07)

In re   **Suketu Thakor Patel,**                           Case No.   __**14-11869**__
        **Mital Suketu Patel**

                                 Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0** _____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Suketu Thakor Patel,**
      **Mital Suketu Patel**
                                           Case No.   **14-11869**

                                               Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Brentwood Okeechobee dba PierII Resort** | **US Small Business Administration**<br>**100 S. Biscayne Blvd., Suite 105**<br>**Miami, FL 33131** |
| **Brentwood Okeechobee, LLC**<br>**dba Pier II Resort** | **Community South Bank**<br>**c/o Value Recovery Group, LP**<br>**Abby Schackelford, Esq.**<br>**919 Old Henderson Road**<br>**Columbus, OH 43220** |
| **Brentwood Okeechobee, LLC**<br>**dba Pier II Resort** | **Iberia Bank**<br>**c/o Richard Storfer, Esq.**<br>**Rice Pugatch Robinson & Schiller, PA**<br>**101 NE 3rd Avenue, Suite 1800**<br>**Fort Lauderdale, FL 33301** |
| **Brentwood Savannah, LLC** | **Community South Bank**<br>**c/o Value Recovert Group, LLC**<br>**Abby Schackelford, Esq.**<br>**919 Old Henderson Road**<br>**Columbus, OH 43220** |
| **Brentwood Savannah, LLC** | **US Small Business Administration**<br>**100 S. Biscayne Blvd., Suite 105**<br>**Miami, FL 33131** |
| **Brentwood Savannah, LLC** | **Iberia Bank**<br>**c/o Richard Storfer, Esq.**<br>**Rice Pugatch Robinson & Schiller, PA**<br>**101 NE 3rd Avenue, Suite 1800**<br>**Fort Lauderdale, FL 33301** |
| **Brentwood Savannah, LLC** | **Georgia Department of Revenue**<br>**Savannah Regional Office**<br>**6606 Abercorn Street, Suite 220**<br>**Savannah, GA 31401** |
| **Brentwood Savannah, LLC** | **Ramada Worldwide, Inc.**<br>**c/o Clyde & Co., US, LLP**<br>**200 Campus Drive**<br>**Suite 300**<br>**Florham Park, NJ 07932** |
| **Furniture Forum, Inc.** | **Florida Department of Revenue**<br>**550 West Tennessee Street**<br>**Tallahassee, FL 32399** |

**3**
_____ continuation sheets attached to Schedule of Codebtors

In re    **Suketu Thakor Patel,**
         **Mital Suketu Patel**

Case No.    **14-11869**

_____,
                    Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ganesh Hospitality, LLC** | **Florida Shores Bank**<br>**1801 S. Federal Highway**<br>**Boca Raton, FL 33432** |
| **Jacklyn & Barry Brahm**<br>**16704 Crownsbury Way**<br>**Fort Myers, FL 33908** | **Florida Department of Revenue**<br>**550 West Tennessee Street**<br>**Tallahassee, FL 32399** |
| **JVP Investments, LLC** | **Florida Capital Bank**<br>**3115 NW 10th Terrace**<br>**Fort Lauderdale, FL 33309** |
| **Kalpna Patel**<br>**223 Oak Hill Road**<br>**Horseheads, NY 14845** | **Citi**<br>**PO Box 6241**<br>**Sioux Falls, SD 57117** |
| **KASA Investments, LLC** | **Pennisula Bank**<br>**5375 W. Atlantic Blvd.**<br>**Pompano Beach, FL 33063** |
| **Kiran Patel**<br>**9670 Shepherd Place**<br>**Wellington, FL 33414** | **Ramada Worldwide, Inc.**<br>**c/o Clyde & Co., US, LLP**<br>**200 Campus Drive**<br>**Suite 300**<br>**Florham Park, NJ 07932** |
| **Kiran Patel**<br>**9670 Shepherd Place**<br>**Wellington, FL 33414** | **Iberia Bank**<br>**c/o Richard Storfer, Esq.**<br>**Rice Pugatch Robinson & Schiller, PA**<br>**101 NE 3rd Avenue, Suite 1800**<br>**Fort Lauderdale, FL 33301** |
| **Millennium Management, LLC** | **TD Bank, successor by merger to**<br>**Commerce Bank**<br>**c/o Jones, Foster, Johnston & Stubbs**<br>**505 South Flagler Drive, Suite 1000**<br>**West Palm Beach, FL 33402** |
| **Millennium Management, LLC** | **Wells Fargo**<br>**c/o Investment Retrievers**<br>**4511 Golden Foothill Parkway**<br>**El Dorado Hills, CA 95762** |
| **Mital Patel** | **JP Morgan Chase Bank**<br>**c/o Zakkiyyah T. White, Esq.**<br>**7000 West Palmetto Drive**<br>**Suite 307**<br>**Boca Raton, FL 33433** |
| **Mital Patel** | **Olympia Master Association, Inc.**<br>**c/o Gary D. Field, PA**<br>**4400 PGA Blvd., Suite 900**<br>**Palm Beach Gardens, FL 33410** |

Sheet    **1**    of    **3**    continuation sheets attached to the Schedule of Codebtors

In re   **Suketu Thakor Patel,**
       **Mital Suketu Patel**

Case No.    **14-11869**

                      Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Mital Patel** | **Widener Village**<br>**Homeowners Association, Inc.**<br>**c/o Robert C. Martin, Esq.**<br>**319 SE 14th Street**<br>**Fort Lauderdale, FL 33316** |
| **Mital Patel** | **Iberia Bank**<br>**c/o Richard Storfer, Esq.**<br>**Rice Pugatch Robinson & Schiller, PA**<br>**101 NE 3rd Avenue, Suite 1800**<br>**Fort Lauderdale, FL 33301** |
| **OB Boatman 3, LLC** | **Iberia Bank**<br>**c/o Richard Storfer, Esq.**<br>**Rice Pugatch Robinson & Schiller, PA**<br>**101 NE 3rd Avenue, Suite 1800**<br>**Fort Lauderdale, FL 33301** |
| **OB Boatman 3, LLC** | **State of Florida Department**<br>**of Environmental Protection**<br>**c/o Krystle V. Macadangdang, Esq.**<br>**3900 Commonwealth Blvd., MS 35**<br>**Tallahassee, FL 32399** |
| **OB Boatman 4, LLC** | **Iberia Bank**<br>**c/o Richard Storfer, Esq.**<br>**Rice Pugatch Robinson & Schiller, PA**<br>**101 NE 3rd Avenue, Suite 1800**<br>**Fort Lauderdale, FL 33301** |
| **Ocean Investments & Development, LLC** | **Royal Office Park, Ltd.**<br>**c/o Law Office of Yates & Schiller, P.A.**<br>**Bruce H. Schiller, Esq.**<br>**7900 Glades Road, Suite 405**<br>**Boca Raton, FL 33434** |
| **Parash Patel**<br>**2736 Shaughness Drive**<br>**Wellington, FL 33414** | **Iberia Bank**<br>**c/o Richard Storfer, Esq.**<br>**Rice Pugatch Robinson & Schiller, PA**<br>**101 NE 3rd Avenue, Suite 1800**<br>**Fort Lauderdale, FL 33301** |
| **Paresh Patel** | **Iberia Bank**<br>**c/o Richard Storfer, Esq.**<br>**Rice Pugatch Robinson & Schiller, PA**<br>**101 NE 3rd Avenue, Suite 1800**<br>**Fort Lauderdale, FL 33301** |
| **Patrick Baratta**<br>**295 NW 64th Street**<br>**Boca Raton, FL 33487** | **Florida Department of Revenue**<br>**550 West Tennessee Street**<br>**Tallahassee, FL 32399** |

Sheet  **2**  of  **3**  continuation sheets attached to the Schedule of Codebtors

In re   **Suketu Thakor Patel,**                                     Case No.   **14-11869**
          **Mital Suketu Patel**

Debtors,

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Sigma Hospitality, LLC** | **Pennisula Bank**<br>**5375 W. Atlantic Blvd.**<br>**Pompano Beach, FL 33063** |
| **Sunrise Pertoleum, LLC** | **Pennisula Bank**<br>**5375 W. Atlantic Blvd.**<br>**Pompano Beach, FL 33063** |
| **Tidewater Lodging Group, LLC** | **Florida Department of Revenue**<br>**550 West Tennessee Street**<br>**Tallahassee, FL 32399** |
| **WPB Pertoleum, LLC** | **Pennisula Bank**<br>**5375 W. Atlantic Blvd.**<br>**Pompano Beach, FL 33063** |

Sheet  **3**  of  **3**  continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Suketu Thakor Patel** |
| Debtor 2 (Spouse, if filing) | **Mital Suketu Patel** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (If known) | **14-11869** |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
MM / DD/ YYYY

<u>Official Form B 6I</u>

## Schedule I: Your Income
12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | | Hotel Manager | Office Supervisor |
| Employer's name | | South Florida Lodging, LLC | Dr. Rahul A. Patel |
| Employer's address | | 480 West Boynton Beach Blvd.<br>Boynton Beach, FL 33435 | |
| How long employed there? | | 1 year | 3 years |

### Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 2,000.00 | $ 1,993.07 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 2,000.00 | $ 1,993.07 |

Debtor 1 **Suketu Thakor Patel**
Debtor 2 **Mital Suketu Patel**

Case number (*if known*) __14-11869__

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 2,000.00 | $ 1,993.07 |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 248.45 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| | 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| | 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| | 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| | 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 248.45 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 2,000.00 | $ 1,744.62 |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| | 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| | 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| | 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| | 8h. **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,000.00 + $ 1,744.62 | = $ 3,744.62 |
| 11. | **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. Specify: _____ | 11. | +$ 0.00 | |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies | 12. | $ 3,744.62 **Combined monthly income** | |

13. **Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Suketu Thakor Patel** |
| Debtor 2 (Spouse, if filing) | **Mital Suketu Patel** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (If known) | **14-11869** |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

# Official Form B 6J
## Schedule J: Your Expenses                                         12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Your Household**

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

     ■ No

     ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.

   ☐ Yes. Fill out this information for each dependent...........

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **13** | ☐ No  ■ Yes |
| **Daughter** | **17** | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

**Part 2:   Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 0.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ 0.00 |

Debtor 1    **Suketu Thakor Patel**
Debtor 2    **Mital Suketu Patel**                                   Case number (if known)    **14-11869**

| | | | |
|---|---|---|---:|
| 6. | **Utilities:** | | |
| | 6a. | Electricity, heat, natural gas | 6a.  $ **400.00** |
| | 6b. | Water, sewer, garbage collection | 6b.  $ **70.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c.  $ **350.00** |
| | 6d. | Other. Specify: | 6d.  $ **0.00** |
| 7. | **Food and housekeeping supplies** | | 7.  $ **600.00** |
| 8. | **Childcare and children's education costs** | | 8.  $ **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9.  $ **30.00** |
| 10. | **Personal care products and services** | | 10.  $ **0.00** |
| 11. | **Medical and dental expenses** | | 11.  $ **30.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | 12.  $ **400.00** |
| | Do not include car payments. | | |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13.  $ **60.00** |
| 14. | **Charitable contributions and religious donations** | | 14.  $ **0.00** |
| 15. | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. | Life insurance | 15a.  $ **153.70** |
| | 15b. | Health insurance | 15b.  $ **159.00** |
| | 15c. | Vehicle insurance | 15c.  $ **0.00** |
| | 15d. | Other insurance. Specify: | 15d.  $ **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | |
| | Specify: | | 16.  $ **0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. | Car payments for Vehicle 1 | 17a.  $ **432.50** |
| | 17b. | Car payments for Vehicle 2 | 17b.  $ **1,000.00** |
| | 17c. | Other. Specify: | 17c.  $ **0.00** |
| | 17d. | Other. Specify: | 17d.  $ **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18.  $ **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | | |
| | Specify: | | 19.  $ **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a. | Mortgages on other property | 20a.  $ **0.00** |
| | 20b. | Real estate taxes | 20b.  $ **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c.  $ **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d.  $ **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e.  $ **0.00** |
| 21. | **Other:** Specify: | | 21.  +$ **0.00** |

| | | | |
|---|---|---|---:|
| 22. | **Your monthly expenses.** Add lines 4 through 21. | 22. | $ **3,685.20** |
| | The result is your monthly expenses. | | |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a.  $ **3,744.62** |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b.  -$ **3,685.20** |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c.  $ **59.42** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes. Explain: _____

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re     **Suketu Thakor Patel**
           **Mital Suketu Patel**

                                   Debtor(s)

Case No.    **14-11869**

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **39**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February 24, 2014**           Signature    **/s/ Suketu Thakor Patel**

                                             **Suketu Thakor Patel**
                                             Debtor

Date   **February 24, 2014**           Signature    **/s/ Mital Suketu Patel**

                                             **Mital Suketu Patel**
                                             Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of Florida

| | | | |
|---|---|---|---|
| In re | **Suketu Thakor Patel**<br>**Mital Suketu Patel** | Case No. | **14-11869** |
| | Debtor(s) | Chapter | **7** |

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$30,949.00** | **2011 Joint IRS Tax Return** |
| **$26,525.00** | **2012 Joint IRS Tax Return** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                SOURCE

---

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Investment Retrivers, Inc. vs. Suketu Thakor Patel, Case No. 2014-CA-655** | **Breach of Contract** | **In the Circuit Court, in and for Palm Beach County, Florida** | **Pending** |
| **RBS Citizens, N.A., vs. Suketu Patel, Case No. 502012CA008387XXXMB** | **Breach of Contract** | **In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach, Florida** | **Final Judgment** |
| **Royal Office Park, Ltd., vs. Suketu Patel, et al., Case No. 502012CC007009XXXXSBRS** | **Breach of Contract** | **In the County Court in and for Palm Beach County, Florida** | **Final Judgment** |

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

### 5. Repossessions, foreclosures and returns

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **JP Morgan Chase Bank**<br>**FL** | | **Homestead Property**<br>**2208 Widener Terrace**<br>**Wellington, FL 33414** |

### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
4

---

### 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Marshall Socarras Grant 197 S. Federal Highway Suite 300 Boca Raton, FL 33432** | **July, 2011** | **$2,800.00 Attorney's fees & costs.** |

---

### 10.  Other transfers

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Motell, LLC 3225 Highway 441 SE Okeechobee, FL 34974** None | **3/2012** | **Florida Capital Bank/Florida Shores Bank sold the Note and forced sale of Debtor's corporate interest in Ganesh Hospitality, LLC to Motell, LLC for no consideration.** |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

### 11.  Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

### 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

B7 (Official Form 7) (04/13)
5

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **Kush Thakor (Debtor's son)** | **Bank of America, $100.00 Minor FBO Account** | |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

B7 (Official Form 7) (04/13)
6

None   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■       the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
        docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
☐       ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
        partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
        immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
        within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **WPB Petroleum, LLC** | **20-1693141** | | **Gas Station** | **7/2/2004-9/24/2010** |
| **Elite Hotel, LLC** | **90-0497877** | | **Hotel Management** | **1/1/2006-5/2009** |
| **Brentwood Hospitality, LLC** | **20-8252032** | | **Hotel Management** | **1/17/2007-9/23/2011** |
| **Forum Management, LLC** | | | **Management** | **2/15/2007-9/26/2008** |
| **Ganesh Hospitality, LLC** | **26-0481264** | | **Hotel** | **7/5/2007-9/28/2012** |
| **Brentwood Lakeland, LLC** | | | **Hotel Management** | **11/7/2007-9/24/2010** |
| **Brentwood Okeechobee, LLC** | **26-1377093** | **dba Pier II Resort** | **Hotel** | **11/7/2007-9/27/2013** |
| **KASM Family Investments, LLC** | **26-2935475** | | **Investments** | **7/7/2008-9/28/2012** |
| **TOTO Hospitality, LLC** | **27-2203001** | | **Manager in LLC (no ownership interest)** | **3/23/2010-Present** |
| **Hyocc Hotel, LLC** | | | **Hotel Management** | **11/2/2010-9/28/2012** |
| **Cure Your Score, LLC** | | | **Credit Counseling** | **6/9/2011-9/28/2012** |
| **Millennium Management, LLC** | **54-1979605** | | **Hotel Management** | **7/26/2002-12/9/2008** |
| **KASM Investments, LLC** | **26-0158060** | | **Investments** | **5/11/2007-9/25/2009** |
| **Brentwood Savannah, LLC** | **26-2047237** | | **Hotel** | **2/26/2008-9/23/2011** |
| **Image Hospitality, LLC** | | | **Hotel Management** | **2/11/2013-2/4/2013** |
| **Garage Depot, LLC** | | | **Name Only LLC** | **11/9/2009-9/24/2010** |

B7 (Official Form 7) (04/13)
7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| OB Boatman 3, LLC | 26-4823204 | | Hotel | 5/7/2009-5/2011 |
| OB Boatman 4, LLC | 26-4823238 | | Hotel | 5/7/2009-5/2011 |
| Ocean Investments & Development, LLC | 26-4566166 | | Credit Counseling | 3/30/2009-1/1/2010 |

None
■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                             ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                   DATES SERVICES RENDERED

None
■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                           ADDRESS                            DATES SERVICES RENDERED

None
■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                   ADDRESS

None
■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                          DATE ISSUED

**20. Inventories**

None
■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|---|

B7 (Official Form 7) (04/13)
8

**21 . Current Partners, Officers, Directors and Shareholders**

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
■       controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE                    NATURE AND PERCENTAGE
                                                            OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■       commencement of this case.

NAME                    ADDRESS                    DATE OF WITHDRAWAL

None    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■       immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                    DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■       in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
        commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                    DATE AND PURPOSE                    AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR          OF WITHDRAWAL                       OR DESCRIPTION AND
                                                                    VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■       group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
        of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■       employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

B7 (Official Form 7) (04/13)
9

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **February 24, 2014**          Signature  **/s/ Suketu Thakor Patel**
                                                **Suketu Thakor Patel**
                                                Debtor

Date  **February 24, 2014**          Signature  **/s/ Mital Suketu Patel**
                                                **Mital Suketu Patel**
                                                Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Suketu Thakor Patel**
**Mital Suketu Patel**
_____
                      Debtor(s)

Case No.  **14-11869**

Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
| **Bank of America** | **616 Clearwater Park Road** |
| | **Unit 1012** |
| | **West Palm Beach, FL 33401** |

Property will be (check one):
    ■ Surrendered            □ Retained

If retaining the property, I intend to (check at least one):
    □ Redeem the property
    □ Reaffirm the debt
    □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    □ Claimed as Exempt             ■ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** | **Describe Property Securing Debt:** |
| **BMW Financial Services** | **2013 BMW 320i (lease for daughter)** |

Property will be (check one):
    □ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
    □ Redeem the property
    ■ Reaffirm the debt
    □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    □ Claimed as Exempt             ■ Not claimed as exempt

---

B8 (Form 8) (12/08)

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Montecito Palm Beach** | **Describe Property Securing Debt:**<br>**616 Clearwater Park Road**<br>**Unit 1012**<br>**West Palm Beach, FL 33401** |

Property will be (check one):
- ■ Surrendered                                    □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Pentagon Federal Credit Union** | **Describe Property Securing Debt:**<br>**2013 Ford F-150 (payment made by South Florida Lodging, LLC)**<br>**10,000 miles** |

Property will be (check one):
- □ Surrendered                                    ■ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- ■ Reaffirm the debt
- □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                    □ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**VW Credit, Inc** | **Describe Property Securing Debt:**<br>**2012 Audi A7**<br>**25,000 miles** |

Property will be (check one):
- ■ Surrendered                                    □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Bank** | **Describe Property Securing Debt:**<br>**2012 Mercedes Benz C250 (joint debtor's brother pay for vehicle)**<br>**30,000 mile** |

Property will be (check one):
   ■ Surrendered                 □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                 ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>□ YES        □ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **February 24, 2014**         Signature   **/s/ Suketu Thakor Patel**
                                                **Suketu Thakor Patel**
                                                Debtor

Date   **February 24, 2014**         Signature   **/s/ Mital Suketu Patel**
                                                **Mital Suketu Patel**
                                                Joint Debtor

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Southern District of Florida

| | | | |
|---|---|---|---|
| In re | **Suketu Thakor Patel**<br>**Mital Suketu Patel** | Case No. | **14-11869** |
| | Debtor(s) | Chapter | **7** |

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Suketu Thakor Patel**<br>**Mital Suketu Patel** | X **/s/ Suketu Thakor Patel** | **February 24, 2014** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) **14-11869** | X **/s/ Mital Suketu Patel** | **February 24, 2014** |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Southern District of Florida

In re   **Suketu Thakor Patel**                                 Case No.   **14-11869**

         **Mital Suketu Patel**

                                            Debtor(s)            Chapter     **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **February 24, 2014**                      **/s/ Suketu Thakor Patel**

                                                   **Suketu Thakor Patel**
                                                   Signature of Debtor

Date:   **February 24, 2014**                      **/s/ Mital Suketu Patel**

                                                   **Mital Suketu Patel**
                                                   Signature of Debtor